1 LAW OFFICES OF YAN E. SHRAYBERMAN
2 YAN E. SHRAYBERMAN SBN 253971
  P.O. Box 506
3 Fresno, California 93709
  Telephone: (559) 779-2315
4 Facsimile: (213) 442-1567
5 Attorney for Defendant
6 GABRIEL GARCIA

7

8                     UNITED STATES DISTRICT COURT,

9

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,          Court Case#:1:18-cr-00269-LJO

13              Plaintiff,

                                      JOINT STIPULATION AND ORDER
14 v.                                 CONTINUING SENTENCING

15 GABRIEL GARCIA

16              Defendant.

17

18       NOW COMES the Defendant, through counsel, and respectfully moves this

19 Honorable Court to issue an Order continuing sentencing in the matter from

20 **August 5, 2019** to **September 30, 2019**

21    Reasons for Continuance. The undersigned counsel is currently engaged in a 5-

22 count felony matter in the Fresno Superior Court, Case No.: F13900176 ,People v

23 Mike Yang. The case is currently past motions in limini and jury selection and

24 evidence is set to start on Monday July 29, 2019. Given the number of witnesses it is

25 unlikely that the case will conclude by August, 5, 2019, the date for sentencing in

26 the instant matter.

27    The parties are informed of the above stated and willing to stipulate to the

28 requested dates.

Now, therefore, **IT IS HEREBY STIPULATED** by all the parties to this action as follows:

1.  That the sentencing in the above entitled case currently set for **August 5, 2019** be continued to **September 30, 2019.**

   **SO STIPULATED.**


Dated: July 27, 2019          <u>/s/ Yan E. Shrayberman</u>
                              YAN E. SHRAYBERMAN
                              Attorney for Defendant
                              GABRIEL GARCIA

Dated: July 27, 2019          <u>/s/ Mark J.McKeon</u>
                              MARK J. MCKEON
                              Assistant United States Attorney

LAW OFFICES OF YAN E. SHRAYBERMAN
2131 Kern Street, Suite 131
Fresno, CALIFORNIA 91724
Telephone: (213)379-2315
Facsimile: (213) 352 -1010

ORDER

Based on the Joint Stipulation of the parties and good cause appearing

therefor, **IT IS ORDERED** that the sentencing in the above entitled case currently

set for August 5, 2019 at 10:00 am is hereby continued to September 30, 2019 at

10:00 am.

IT IS SO ORDERED.

Dated: __**July 29, 2019**__        _____**/s/ Lawrence J. O'Neill**_____
UNITED STATES CHIEF DISTRICT JUDGE

LAW OFFICES OF YAN E. SHRAYBERMAN
2131 Kern Street, Suite 131
Fresno, CALIFORNIA 91724
Telephone: (213)379-2315
Facsimile: (213) 352 -1010